# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. 6:11-CR-36-ORL-19KRS

ALEX WILLIAMS
_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 41, filed March 22, 2011) and no objection thereto having been filed, it is **ORDERED:**

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 41) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.      Defendant Scott Edward Nelson has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

3.      Ruling on acceptance of the Plea Agreement (Doc. No. 37, filed March 21, 2011) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___23rd___ day of March, 2011.


PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT




Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy